

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00163-CR

JUAN POLO CRUZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd District Court
Dallas County, Texas
Trial Court No. F-12-54046-T

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Juan Polo Cruz appeals from his conviction of murder. Cruz's notice of appeal was filed May 29, 2013. The appellate record was completed by the filing of a corrected reporter's record on November 18, 2013, making Cruz's brief originally due December 13. Counsel is appointed.

Efforts from our clerk's office to obtain the appellant's brief and/or a motion to extend the briefing deadline proved unproductive; consequently, we sent a late brief notice to appellant's counsel, Thomas Pappas, on January 6, 2014, advising him of the late status of the brief and establishing a new deadline—January 21—for filing the brief. We also warned Pappas that his failure to file the brief could result in abatement to the trial court for a hearing in accordance with Rule 38.8 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.8(b).

We have not been contacted by counselor or received either appellant's brief or a motion to extend the briefing deadline.

Because the brief has not been filed and because counsel has failed to contact this Court or pursue the appeal, we abate this case to the trial court pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure for a hearing to determine why counsel has not filed the brief, whether the brief can be promptly filed with this Court, whether Cruz desires to prosecute this appeal, and whether he is indigent. *See* TEX. R. APP. P. 38.8(b)(2). The trial court may also address other matters as it deems appropriate, including appointing different counsel for appellant, if necessary. The hearing is to be conducted within fifteen days of the date of this order.

The trial court's findings and recommendations on the issues set forth above shall be entered into the record of the case and presented to this Court in the form of a supplemental clerk's record within fifteen days of the date of the hearing. *See* TEX. R. APP. P. 38.8(b)(3). The reporter's record of the hearing shall also be filed with this Court in the form of a supplemental reporter's record within fifteen days of the date of the hearing. *See id*.

All appellate timetables are stayed and will resume on our receipt of (1) the appellant's brief or (2) the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date: February 4, 2014